IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE

KEVIN HARDIN,

Plaintiff.

No. C 14-3381 WHA (PR)

**ORDER OF DISMISSAL**

On July 25, 2014, plaintiff, a California prisoner, filed a letter that appeared to complain about conditions at his prison. That day, the clerk notified plaintiff that he had not paid the filing fee or filed a complete application to proceed in forma pauperis ("IFP"), nor had he filed a complaint. Along with these notices, the clerk mailed to plaintiff the court's form complaint and petition, IFP forms, instructions for completing the forms, and a stamped return envelope. In the notices, plaintiff was informed that the case would be dismissed if he did not file a complaint and either pay the fee or file a completed IFP application, within 28 days. More than 28 days have passed, and no response has been received. Accordingly, this case is **DISMISSED** without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: September  30 , 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE